**Michael R. Totaro     102229**
**Totaro & Shanahan**
**P.O. Box 789**
**Pacific Palisades, CA 90272**
**(310) 573-0276 (v)**
**(310) 496-1260 (f)**

**Attorneys for Debtor/Debtor in Possession**



FILED & ENTERED

MAY 02 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY beauchan DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

In re

Ida Mae Woods

    Debtor/Debtor in Possession.

Case No. 2:15-bk-20029-BB

Chapter 11

ORDER CONFIRMING DEBTOR'S THIRD AMENDED CHAPTER 11 PLAN OF REORGANIZATION

Date:   April 27, 2016
Time:  2:00 pm
Ctrm:  1475  255 E. Temple St. LA, CA

    A hearing on the confirmation of the Debtor's Third Amended Chapter 11 Plan of Reorganization (the "Plan") under the Bankruptcy Code filed by the Debtor and Debtor in Possession ("Debtor") as Docket No. 113 on March 18, 2016 was held at 2:00 p.m. on April 27, 2016 in Courtroom 1475 of the above entitled Court located at 255 E. Temple St. Los Angeles, CA 90012.  Appearances were noted on the record. There were no objections.

    The Court considered the Plan, the Ballot Summary, the Ballots, the Brief in Support of Confirmation submitted by Debtor, the relevant pleadings filed in this case and discussion held on the record. The Court concluded the Plan was properly transmitted to all creditors and other parties in interest.

The Court determined that the Plan meets all requirements under 11 U.S.C. §1129(a) and (b) for Plan confirmation in an Individual Chapter 11 case.

**Therefore**:

**IT IS ORDERED** that the Third Amended Plan filed by Debtor on March 18, 2016 as Docket No. 113 is **CONFIRMED**. Copies of this Confirmed Plan are to be served with this Order.

The Effective Date of the Plan will be the first of the month following the entry of this Order.

Debtor will receive a discharge under the provisions set forth in the Confirmed Plan as follows:

> **A.    Discharge:** Upon completion of the unsecured payments under the Plan, the Debtor may receive a discharge of pre-confirmation debts, except such discharge shall not discharge the Debtor from any debts that are found non-dischargeable under §523 or are obligations created by this Plan. To accomplish this, Debtor may file a Certification of Completion of Plan Payments and Request for Discharge **or a Motion for Discharge, Final Decree and Closure under 11 U.S.C. §1141(5)**. The payments promised in the Plan constitute new contractual obligations that replace the pre-confirmation debts proposed to be discharged. Creditors may not sue to collect on these obligations so long as the Debtor is not in material default under the Plan. If the Debtor defaults in performing the Plan, affected creditors may sue the Debtor to enforce the terms of the Plan or to dismiss this case or to convert it to a case under chapter 7 of the Bankruptcy Code.
>
> For the purpose of discharge, the length of this plan shall be five years (60 months from the effective date). The plan shall not be construed to include payments of the first mortgage which extend over the five-year period to maturity.

To obtain a discharge Debtor must file a motion for discharge, final decree and closure which includes a declaration indicating that all plan payments have been made and that Debtor is in compliance with the United States Trustee requirements.

**IT IS FURTHER ORDERED** that a Post-Confirmation status conference will be held on **September 7, 2016 at 11:00 a.m.** in Courtroom 1475 of the above-entitled court located at 255 E. Temple St. Los Angeles, CA 90012.  Debtor's status report <u>supported by a declaration</u> is to be filed by **August 26, 2016**.

####

Date: May 2, 2016

Sheri Bluebond
United States Bankruptcy Judge

3